UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARCOS CALCANO, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

          Plaintiffs,

          v.

WALLPAPER DIRECT INCORPORATED,

          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:20-cv-7259

**NOTICE OF VOLUNTARY DISMISSAL**

      Plaintiff(s), MARCOS CALCANO, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the Defendant, WALLPAPER DIRECT INCORPORATED, from the above entitled action, with prejudice and without fees and costs.

Dated: New York, New York
       November 25, 2020

                                               **GOTTLIEB & ASSOCIATES**

                                               */s/Jeffrey M. Gottlieb, Esq.*

                                             Jeffrey M. Gottlieb, Esq., (JG-7905)
                                             150 East 18th Street, Suite PHR
                                                       New York, NY 10003
                                                          Phone: (212) 228-9795
                                                              Fax: (212) 982-6284
                                                           Jeffrey@Gottlieb.legal

                                                           *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge